# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**Henry Johnson**

Plaintiff(s),

vs.

Case No. 23-cv-66 ECT/DTS
(To be assigned by Clerk of District Court)

**Hennepin County, Hennepin County
Sheriff's Office, Hennepin County
Sheriff Deputy C. Nogle, Hennepin
County Sheriff Deputy John Doe(1),
Hennepin County Sheriff Deputy John
Doe(2)**

DEMAND FOR JURY TRIAL

YES ✓    NO ☐

Defendant(s).

(Enter the full name(s) of ALL defendants in
this lawsuit. Please attach additional sheets
if necessary).

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

    a. Plaintiff

| | |
|---|---|
| Name | **Henry Johnson** |
| Street Address | **8409 Toled avenue north** |
| County, City | **Hennepin, Brooklyn Park** |
| State & Zip Code | **Minnesota 55443** |
| Telephone Number | **(612) 998-9866** |

RECEIVED

JAN 09 2023

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

| | |
|---|---|
| Name | **Hennepin County** |
| Street Address | **Hennepin County Government Center, 300 South 6th St,** |
| County, City | **Hennepin, Minneapolis** |
| State & Zip Code | **Minnesota 55487** |

   b. Defendant No. 2

| | |
|---|---|
| Name | **Hennepin County Sheriff's Office** |
| Street Address | **350 South 5th Street** |
| County, City | **Hennepin, Minneapolis** |
| State & Zip Code | **Minnesota  55415** |

   c. Defendant No. 3

| | |
|---|---|
| Name | **C. Nogle** |
| Street Address | **350 South 5th Street** |
| County, City | **Hennepin, Minneapolis** |
| State & Zip Code | **Minnesota 55415** |

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER. Check here if additional sheets of paper are attached:** ☑
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)**

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3.  What is the basis for federal court jurisdiction? *(check all that apply)*

    ☑ Federal Question          ☐ Diversity of Citizenship

4.  If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

    **8th Cruel and Unusual punishment**

5.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

    Plaintiff Name:                        State of Citizenship:

    Defendant No. 1:                       State of Citizenship:

    Defendant No. 2:                       State of Citizenship:

    **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
    **Check here if additional sheets of paper are attached.** ☐

6.  What is the basis for venue in the District of Minnesota? *(check all that apply)*

    ☑ Defendant(s) reside in Minnesota   ☑ Facts alleged below primarily occurred in Minnesota
    ☐ Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7.

On October 27, 2021, I was arrested by Hennepin County Sheriff's Officers due to a warrant for a probation violation charge.

(8). While in Hennepin County Detention Center's receiving garage awaiting clearance to be brought into the booking unit for processing, the arresting officer mentioned to me prior to us exiting his service vehicle that he was one of the Officer's present at a DWI arrest of mine that had taken place in the city of Brooklyn Park on September 6, 2020.

(9). A conversation about this incident ensued henceforth and it carried over into the booking unit.

(10). As I was being searched and patted down by Defendants Deputy C. Nogle, Deputy John Doe (1), and Deputy John Doe (2), I continued having the discussion with the arresting officer about the DWI arrest.

(11). Essentially I told the Officer that I had won the Implied Consent phase of the DWI and that I was certain I would win the Criminal case as well because the arresting officer

Attach additional sheets of paper as necessary.
Check here if additional sheets of paper are attached: ☑
Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

I am requesting $250,000 compensatory damages from each defendant and an additional $250,000 from each defendant for punitive damages for their blatant malicious and retaliatory conduct.

4

Statement of the claim continued

In that DWI case had falsified his report to make it appear as if he had probable cause to arrest me for DWI.

(12). When the Defendants finished with their pat down search, they lead me to a holding cell and placed me inside and gave me instructions to lie down on the floor while they removed the handcuffs and they exited the holding cell, closing the door behind them.

(13). I was confused momentarily why I was being placed in a holding cell rather than being allowed to finish the booking process.

(14). After a couple of minutes of being in the holding cell I noticed the condition of the cell. There were discarded remains of an inmate's lunch strewn on the floor and I noticed what appeared to be dried up saliva all over the wall where concrete "bench" was at.

(15). I became fearful that the cell might have possibly been contaminated with the COVID Virus so in a slight panic I decided to alert the Deputies to the condition of the cell and my concerns as a result.

(16). I then began pressing the intercom button in the cell to get a Deputy's attention.

(17). Several minutes had lapsed and not a single Deputy had responded to the call on the intercom.

(18). Thinking that the intercom might have not been working I began pounding on the door to try to get the attention pf a Deputy.

(19). I believe I pounded on the door for over 10 minutes before a Deputy finally arrived.

(20). When the Deputy arrived, I explained my fears and concerns of the condition of the cell and I also asked to speak with a Sergeant to see why I had been placed in a disciplinary cell to begin with.

(21). I was never allowed to speak with a Sergeant and I would go on to remain confined in the disciplinary cell for over 20 hours.

(22). At one point I had momentarily dozed off to sleep but was awaken suddenly when I fell off the concrete "bench" and struck my head on the pavement. The concrete "bench" is roughly 3 feet in height and approximately 5 feet in length.

(23). I was able to get a Deputy's attention by pressing the intercom (I was under the impression that it did not work initially but as it turned out the Deputies were just ignoring the intercom) and I informed the Deputy that I needed to see a nurse because I had fallen off of the bench and struck my head while sleeping.

(24). A nurse was called to attend to my injury but the medical attention was inadequate.

(25). The Deputies would not open the door to allow the nurse to do a complete examination. The nurse instead had to do a cursory examination from behind the locked door and through the glass of the door.

(26). In addition to not receiving adequate medical attention I was not given anything to eat during the entire 20 hours I was locked in the holding cell.

(27). By all accounts my placement in the disciplinary cell was, I believe, retaliatory for what I believe was the Defendant's mistaken belief that I was taunting the arresting Sheriff Officer.

(28). The Defendants appeared to be acquainted with the arresting Officer because they briefly chatted with one another when the arresting Officer and I entered the booking unit.

(29). There was no justifiable reason for me to be placed in a disciplinary cell to begin with. I was not uncooperative, hostile, or acting in any aggressive and combative manner with the defendant's. I did not resist the Deputy's attempts to pat me down. I was fully compliant with the exception of being reminded to keep my face forward towards the wall.

(30). Admittedly a couple times I glanced back at the arresting officer as I continued to speak with him but by no means did this warrant placement in a disciplinary holding cell period, let alone for 20 hours.

(31). My 20 hours in the holding cell was marked by sheer panic and fear over the thought that I may have been placed in a cell contaminated with the COVID Virus because it was apparent from the dried up saliva on the wall and the discarded lunch that the holding cells were not sanitized after each use.

Signed this **6th**      day of **January,**   *2023*

Signature of Plaintiff   *Henry Johnson*

Mailing Address       **8409 Toldeo Avenue north
Brooklyn Park, MN 55443**

Telephone Number    **(612) 998-9866**

<u>Note</u>:  All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number.  Attach additional sheets of paper as necessary.